IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-03247-RPM-KLM

SUSAN KUBERSKI,

     Plaintiff,

v.

CRED X DEBT RECOVERY, LLC,

     Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

     This matter is before the Court on **Plaintiff's Motion to Vacate or in the Alternative Appear Telephonically at Scheduling Conference** [Docket No. 9; Filed March 8, 2012] (the "Motion"). Pursuant to the executed summons entered on the docket on January 3, 2012, Defendant's answer or other response to Plaintiff's Complaint [#1] was due on or before January 13, 2012. To date, Defendant has not filed an answer or other response. The Clerk of Court entered default against Defendant on March 2, 2012 [#7], and Plaintiff filed a motion for default judgment on March 7, 2012 [#8]. The motion for default judgment is referred to this Court for recommendation [#11]. Accordingly,

     IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. The Scheduling Conference set for April 9, 2012, is **VACATED**. The Court will reset the Scheduling Conference, if necessary, after resolution of the motion for default judgment.

     Dated: March 8, 2012