IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-03247-RPM-KLM

SUSAN KUBERSKI,

    Plaintiff,

v.

CRED X DEBT RECOVERY, LLC,

    Defendant.

## ORDER FOR ENTRY OF JUDGEMENT

On July 2, 2012, Magistrate Judge Kristen L. Mix filed a Recommendation on the Plaintiff's Motion for Default Judgment. The Plaintiff filed an objection to the denial of a finding of a violation of 15 U.S.C. § 1692 d(6) because the voicemail message alleged to have been made on September 7, 2011 identified the calling collection entity and the four subsequent calls left no message. In her objection the plaintiff cites contrary authority.

The recommendation found statutory damages in the maximum amount of $1,000. The plaintiff's legal arguments if accepted would add nothing to that finding and the Recommendation has no precedential value, the objection is denied without a ruling on the legal argument made. The magistrate judge determined costs inappropriately. Costs are to be determined by the Clerk based on the fining of a Bill of Costs after judgment. Accordingly, it is

ORDERED that judgment will enter for the recovery by Susan Kuberski of statutory damages in the amount of $1,000.00 and attorney fees of $1,500.00 with costs to be taxed.

DATED: July 19th , 2012

                      BY THE COURT:

                      s/ Richard P. Matsch
                      _____
                      Richard P. Matsch, Senior District Judge