IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-03247-RPM-KLM

SUSAN KUBERSKI,

    Plaintiff,

v.

CRED X DEBT RECOVERY, LLC,

    Defendant.

---

## JUDGMENT

---

    Pursuant to the Order for Entry of judgment signed by Senior District Judge Richard P. Matsch on July 19, 2012, , it is

    ORDERED judgment is entered in favor of plaintiff Susan Kuberski and against defendant Cred X Debt Recovery, LLC in the amount $1,000.00 with attorney fees in the amount of $1,500.00.  It is

    FURTHER ORDERED that the plaintiff shall have her costs by the filing of a Bill of Costs with the Clerk of the court within 14 days of entry of judgment.

    DATED:   July 19th , 2012

                                FOR THE COURT:
                                  Gregory C. Langham, Clerk

                                s/ J. Chris Smith
                                _____
                                Deputy Clerk